158 A.3d 64

Christopher TONER, Petitioner

v.

The TRAVELERS HOME AND MARINE INSURANCE
COMPANY, Respondents

No. 170 WAL 2016

Supreme Court of Pennsylvania.

September 8, 2016

## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Whether the Superior Court correctly determined that an insured, who signed a UM/UIM stacking waiver at the inception of a single vehicle policy, was not entitled to stack UM/UIM benefits, even though the carrier failed to obtain stacking waivers when second and third vehicles were added to the policy?